**Willa Mae FOSTER, Appellant,**

v.

**UNITED STATES of America.**

**No. 15657.**

United States Court of Appeals
Eighth Circuit.

Sept. 26, 1956.

Mark M. Hennelly, St. Louis, Mo., Norman S. London and Reginald E. Goodwin, Chicago, Ill., for appellant.

Harry Richards, U. S. Atty.; and Robert C. Tucker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.